Law Offices of Avrum J. Rosen, PLLC
*Attorneys for Lori Lapin Jones, as Chapter 7 Trustee*
38 New Street
Huntington, New York 11743
(631) 423-8527
Avrum J. Rosen

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                               Chapter 7

DMITRIY POSH
f/k/a Dmitriy Poshtaruk,                             Case No. 23-40666-ess

                    Debtor.
---------------------------------------------------------------x

# STIPULATION AND ORDER FURTHER EXTENDING TRUSTEE'S AND UNITED STATES TRUSTEE'S TIME TO OBJECT TO THE DEBTOR'S DISCHARGE AND/OR MOVE TO DISMISS UNDER 707(b)

**WHEREAS,** on February 27, 2023, Dmitriy Posh ("Debtor") filed a voluntary petition ("Petition") for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York (Brooklyn Division); and

**WHEREAS,** Lori Lapin Jones was appointed interim Chapter 7 Trustee of the Debtor's estate and, by operation of law, became the permanent Chapter 7 Trustee of the Debtor's bankruptcy estate ("Trustee"); and

**WHEREAS,** pursuant to the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines, June 6, 2023 was fixed as the last day to file a complaint objecting to the discharge of the Debtor; and

**WHEREAS,** by Stipulation and Order entered by the Court on July 25, 2023 [Dkt. No. 23], the Trustee's and the United States Trustee's time to object to the discharge of the Debtor and/or move to dismiss the Debtor's case including under Section 707(b) of the Bankruptcy Code was extended from August 7, 2023 through and including November 7, 2023, without prejudice to the Trustee's and the United States Trustee's rights to seek a further extension or extensions of such time; and

**WHEREAS,** by Stipulation and Order dated October 10, 2023 and entered by the Court on October 11, 2023 [Dkt. No. 32], the Trustee's and the United States Trustee's time to object to the discharge of the Debtor and/or move to dismiss the Debtor's case including under Section 707(b) of the Bankruptcy Code was extended from November 7, 2023 through and including January 19, 2024, without prejudice to the Trustee's and the United States Trustee's rights to seek a further extension or extensions of such time; and

**WHEREAS,** by Stipulation and Order entered by the Court on January 19, 2024 [Dkt. No. 37], the Trustee's and the United States Trustee's time to object to the discharge of the Debtor and/or move to dismiss the Debtor's case including under Section 707(b) of the Bankruptcy Code was extended from January 19, 2024 through and including February 29, 2024, without prejudice to the Trustee's and the

United States Trustee's rights to seek a further extension or extensions of such time; and

**WHEREAS,** the Debtor has consented to a further extension of the Trustee's and the United States Trustee's time to object to the Debtor's discharge and the deadline to file a motion to dismiss under Section 707 (b) of the Bankruptcy Code to May 31, 2024.

**NOW, THEREFORE,** it is stipulated and agreed by and between the undersigned that:

1. The Trustee's and the United States Trustee's time to object to the discharge of the Debtor and/or move to dismiss the Debtor's case including under Section 707(b) of the Bankruptcy Code is extended through and including **May 31, 2024**, without prejudice to the Trustee's and the United States Trustee's rights to seek a further extension or extensions of such time.

2. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile and electronic signatures shall be deemed to be original signatures. The parties hereto consent to the entry of the Stipulation as an order in this proceeding.

Dated: February 8, 2024

The Law Offices of Avrum J. Rosen, PLLC
Attorneys for the Trustee

*/s/Avrum J. Rosen*
Avrum J. Rosen
38 New Street
Huntington, New York 11743
(631) 423-8527

Dated: February 8, 2024

Jacob Silver, Attorney at Law
Attorney for the Debtor

*/s/ Jacob Silver*
Jacob Silver, Esq.
26 Court Street, Suite 1201
Brooklyn, New York 11201
(718) 855-3834

Dated: February 8, 2024

Office of the U.S. Trustee

*/s/ Nazar Khodorovsky*
Nazar Khodorovsky
Trial Attorney

**It is so ordered.**

Dated: Brooklyn, New York
February 12, 2024

Elizabeth S. Stong
United States Bankruptcy Judge