**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

**In Re.**

                                          **Case # 23-40666-ess**
                                          **Chapter – 7**

**Dmitriy Posh**

                                          **NOTICE OF PRESENTMENT**
                                          **WITHDRAWAL OF DEBTOR'S**
                                          **ATTORNEY**

                              **Debtor(s)**
_____

**PLEASE TAKE NOTICE**, that, upon the annexed affirmation of Jacob Silver, Attorney At Law, duly affirmed to on April 26, 2024, and upon all the pleadings and proceedings had herein, the undersigned will Present the Proposed Order for signature before the court before the **Hon. Elizabeth S. Stong**, United States Bankruptcy Judge at the United States Bankruptcy Court at 271-C Cadman Plaza East, Third Floor, Brooklyn, New York on **May 17, 2024 at 9:30am** for an order Pursuant to Federal Rules of Bankruptcy Procedure and Local Rule 2090-1(d) for an order authorizing the Withdrawal of Debtor's Counsel.

       All responsive papers are to be timely served and in conformity with the Federal Rules of Civil Procedure.

       **Please be advised that unless a timely objection is made the order may be entered without a hearing.**

Dated: Kings, New York
        April 26, 2024

                                                            **Jacob Silver**
                                                            Attorney At Law
                                                            26 Court Street
                                                           Suite 1201
                                                           Brooklyn, NY 11242
                                                           (718) 855-3834
                                                          (718) 534-0057 – Fax
                                                          silverbankruptcy@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

**In Re.**

**AFFIRMATION**

**Dmitriy Posh**

         **Debtor(s)**

_____

Jacob Silver, an attorney admitted to practice in this judicial district, attorney for the Debtor(s), hereby affirms in support of the application for a Withdrawal of the Counsel for the Debtor and substitution of the Debtor, Pro-Se, in this matter.

1. The application is being requested by the debtor.

**WHEREFORE**, your affirmant respectfully requests that this Court grant the application in its entirety and enter an Order substantially in the form of the proposed Order annexed hereto for an order Relieving counsel in this matter.

Dated: Kings, New York
       April 26, 2024

                                            **/s Jacob Silver**
                                            _____
                                            **Jacob Silver** (js7784)
                                            Attorney At Law
                                            26 Court Street
                                            Suite 1201
                                            Brooklyn, NY 11242
                                            (718) 855-3834
                                            (718) 534-0057 – Fax
                                            silverbankruptcy@gmail.com